# Court of Appeals
# of the State of Georgia

ATLANTA,  March 14, 2024

*The Court of Appeals hereby passes the following order:*

**A24I0149. WILLIE PYE v. THE STATE OF GEORGIA et al**

Pursuant to an order issued by the Georgia Supreme Court on March 13, 2024, this interlocutory application is hereby TRANSFERRED to that court.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
*Atlanta,  03/14/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*